UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| RENE SAMUEL KENDALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:11-CV-388-PLR-CCS |
| | ) | |
| SEVIER COUNTY, CITY OF PIGEON FORGE, | ) | |
| RUSSELL PARKER, JACK BALDWIN, and | ) | |
| GARY CAMPBELL, and | ) | |
| MARIANA GUTIERREZ, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and the referral of the presiding District Judge. On September 8, 2014, the Court received Plaintiff's Application to Proceed In Forma Pauperis on Appeal [Doc. 118], which moves the Court to allow the Plaintiff to proceed *in forma pauperis* on appeal. The District Judge referred this motion to the undersigned shortly thereafter.

Pursuant to Rule 24 of the Federal Rules of Appellate Procedure:

> [A] party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court. The party must attach an affidavit that:
>
> (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;
>
> (B) claims an entitlement to redress; and
>
> (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1).

The Court has reviewed the Plaintiff's filings [Docs. 118, 119], and the Court finds that the Plaintiff has complied with Rule 24.[1]  Based upon the foregoing, the Court finds that Plaintiff's request to proceed *in forma pauperis* on appeal **[Doc. 118]** is well-taken, and it is **GRANTED**.  The Plaintiff will be permitted to proceed on appeal without prepayment of fees.

**IT IS SO ORDERED**.

ENTER:

　s/ C. Clifford Shirley, Jr.
United States Magistrate Judge

---

[1] The instant decision is not a decision on whether Plaintiff's appeal is meritorious or timely, and it should not be interpreted as such.